NOTICE TO COUNSEL:

      To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

                                                                                 Case No. _____

                    v.

_____

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

_____ makes the following disclosure:

1.     Is said party a subsidiary or affiliate of a publicly owned corporation?

       YES         NO

     If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

2.     Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

       YES         NO

     If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

/s/ Mark A. Pals, P.C.
Attorney for General Growth Properties, Inc.  Date:_____

10/1/07