IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NORTHMOBILETECH LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 11-CV-291 |
| ) | |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| GENERAL GROWTH PROPERTIES, INC., ) | Hon. Barbara B. Crabb |
| ) | |
| Defendant. ) | |

**DEFENDANT GENERAL GROWTH PROPERTIES, INC.'S MOTION TO TRANSFER
VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Defendant General Growth Properties, Inc., by its undersigned counsel, and pursuant to 28 U.S.C. § 1404(a), hereby moves to transfer this case to the Northern District of Illinois for the convenience of the parties and witnesses and in the interests of justice. The bases for this Motion are further set forth and supported in the accompanying General Growth Properties, Inc.'s Memorandum in Law in Support of Its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a).

Dated: June 30, 2011

Respectfully submitted,

s/ Mark A. Pals, P.C.
Mark A. Pals, P.C. (IL 6201751)
Eric D. Hayes, *pro hac vice pending*
Helena D. Kiepura, *pro hac vice pending*
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
mark.pals@kirkland.com
eric.hayes@kirkland.com
helena.kiepura@kirkland.com
*Attorneys for Defendant General Growth*

*Properties, Inc.*

        _____
David A. Casimir
David A. Payne
CASIMIR JONES, S.C.
2275 Deming Way, Ste 310
Middleton, WI 53562
Telephone: (608) 662-1277
Facsimile: (608) 662-1276
dacasimir@casimirjones.com
*Attorneys for Defendant General Growth Properties, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NORTHMOBILETECH LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 11-CV-291 |
| | ) |
| vs. | ) JURY TRIAL DEMANDED |
| | ) |
| GENERAL GROWTH PROPERTIES, INC., | ) Hon. Barbara B. Crabb |
| | ) |
| Defendant. | ) |

## **[PROPOSED] ORDER**

IT IS ORDERED that

(1) Defendant General Growth Properties, Inc.'s motion to transfer this matter to the United States District Court for the Northern District of Illinois is GRANTED.

(2) The clerk of this court is directed to transmit the file to the United States District Court for the Northern District of Illinois as soon as possible.

Entered this __ day of _____, 2011.

BY THE COURT:

_____
BARBARA B. CRABB
Senior United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| NORTHMOBILETECH LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11-CV-291 |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| GENERAL GROWTH PROPERTIES, INC., | ) | Hon. Barbara B. Crabb |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2011, a copy of Defendant General Growth Properties, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), Defendant's Memorandum of Law in Support of Its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), and all related exhibits were served via ECF on all counsel of record.

Dated: June 30, 2011

Respectfully submitted,

s/ Mark A. Pals, P.C.
Mark A. Pals, P.C. (IL 6201751)
Eric D. Hayes, *pro hac vice pending*
Helena D. Kiepura, *pro hac vice pending*
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
mark.pals@kirkland.com
eric.hayes@kirkland.com
helena.kiepura@kirkland.com
*Attorneys for Defendant General Growth Properties, Inc.*

David A. Casimir
David A. Payne
CASIMIR JONES, S.C.

2275 Deming Way, Ste 310
Middleton, WI 53562
Telephone: (608) 662-1277
Facsimile: (608) 662-1276
dacasimir@casimirjones.com
*Attorneys for Defendant General Growth Properties, Inc.*