# EXHIBIT B

Case: 3:11-cv-00291-wmc   Document #: 15-2   Filed: 06/30/11   Page 1 of 20

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NORTHMOBILETECH LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 11-CV-291 |
| v. ) | |
| ) | |
| GENERAL GROWTH PROPERTIES, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiff NorthMobileTech LLC ("Plaintiff"), for its Complaint against defendant General Growth Properties, Inc. ("Defendant"), alleges as follows:

**Parties**

1. Plaintiff is a Wisconsin Limited Liability Company with its principal place of business at 2413 Parmenter Street, Suite 125, Middleton, WI 53562.

2. Upon information and belief, Defendant is a publicly-traded Delaware corporation with its principal place of business in Chicago, Illinois.

3. Defendant describes itself as a real estate developer and operator of shopping malls. On information and belief, Defendant operates shopping malls throughout the United States, including within this District.

**Jurisdiction and Venue**

4. This is an action arising under the patent laws of the United States, 35 U.S.C. sections 101 *et seq.* This court has subject matter jurisdiction over this action under 28 U.S.C. sections 1331 and 1338(a).

5. Defendant is subject to this Court's personal jurisdiction because, on information and belief, it owns property and does substantial business in this District, and it regularly solicits business from, does business with, and derives revenue from goods and services provided to, customers in this District.

6. Venue is proper in this judicial District under 28 U.S.C. 1391(c) and 1400(b) because Plaintiff is a resident of this District, and Defendant engages in significant business activities in this District as set forth in Paragraph 5 above.

**Count I: Infringement of U.S. Pat. No. 7,805,130**

7. The allegations of Paragraphs 1 through 6 are realleged and incorporated by reference.

8. On September 28, 2010, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,805,130 (the "'130 patent"), entitled "Marketing Method." A copy of the '130 patent is attached as Exhibit 1. The claims of the '130 patent cover methods and a computer readable medium relating to marketing in connection with shopping facilities using mobile communications devices such as cell phones.

9. Plaintiff is the owner by assignment of the '130 patent and holds all rights to sue for past, present, and future infringement of the '130 patent.

10. Defendant has engaged in marketing activities and has operated marketing systems relating to its shopping facilities that infringe one or more claims of the '130 patent. Specifically, but without limiting the foregoing, Defendant has made available to the public a

mobile application program called "The Club" that interacts with servers operated by or under the control of Defendant and thereby distributes marketing material to the public related to Defendant's shopping facilities.

11. The above-described activities of Defendant have constituted infringement of one or more claims of the '130 patent, which infringement is continuing and upon information and belief, has been and continues to be knowing and willful. Such infringement will continue unless enjoined by this Court.

12. Plaintiff is without an adequate remedy at law and will be irreparably injured if this Court does not enter an order permanently enjoining Defendant from committing the acts of infringement complained of herein.

WHEREFORE, Plaintiff prays that:

A. Defendant, and each of its respective officers, agents, servants, employees, and attorneys, and all of those persons in active concert or participation with them, be enjoined permanently from directly or indirectly infringing U.S Patent No. 7,805,130;

B. Plaintiff be awarded damages against Defendant accrued from the date of issue of the '130 patent;

C. Defendant's infringement be declared willful and that damages be trebled;

D. Plaintiff be awarded prejudgment and post-judgment interest;

E. Plaintiff's costs be assessed against Defendant;

F. Plaintiff be awarded its reasonable attorneys' fees; and

G. Plaintiff be awarded such other and further relief as this Court may deem just and proper.

Dated this 21st day of April 2011.

         NorthMobileTech LLC


         By:  s/ Travis James West
         Travis James West
         State Bar No. 1052340
         **SOLHEIM BILLING & GRIMMER, S.C.**
         One South Pinckney Street, Suite 301
         P.O. Box 1644
         Madison, WI 53701-1644
         (608) 561-1779 (phone)
         (608) 282-1218 (facsimile)
         twest@sbglaw.com


OF COUNSEL:
Keith A. Rabenberg
Michael J. Hartley
SENNIGER POWERS LLP
100 North Broadway, 17th Floor
St. Louis, Missouri 63102
(314) 345-7000 (phone)
(314) 345-7600 (facsimile)
krabenberg@senniger.com

4

Case 3:13-cv-00291-mbc Document 18-2 Filed 04/30/11 Page 6 of 20

US007805130B2

# (12) United States Patent
## Edwards et al.

(10) Patent No.: **US 7,805,130 B2**
(45) Date of Patent: **Sep. 28, 2010**

(54) **MARKETING METHOD**

(76) Inventors: **Paul Edwards**, 62 Parkhurst Blvd., Toronto, Ontario (CA) M4G 2E2; **Ian Gregory Smith**, 33 Harbour Sq., Suite 2604, Toronto, Ontario (CA) M5J 2G2

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 992 days.

(21) Appl. No.: **11/419,854**

(22) Filed: **May 23, 2006**

(65) **Prior Publication Data**
US 2007/0123225 A1   May 31, 2007

**Related U.S. Application Data**

(60) Provisional application No. 60/739,431, filed on Nov. 25, 2005, provisional application No. 60/749,617, filed on Dec. 13, 2005, provisional application No. 60/776,731, filed on Feb. 27, 2006.

(51) Int. Cl.
*H04M 3/42* (2006.01)

(52) **U.S. Cl.** .............. **455/414.1**; 455/456.1; 455/456.2; 455/456.3

(58) **Field of Classification Search** ............. 455/414.1, 455/456.1, 456.2, 456.3; 705/14
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 6,505,046 | B1 * | 1/2003 | Baker | 455/456.3 |
| 7,343,317 | B2 | 3/2008 | Jokinen et al. | |
| 7,441,203 | B2 | 10/2008 | Othmer et al. | |
| 7,603,360 | B2 | 10/2009 | Ramer et al. | |
| 2001/0029465 | A1 * | 10/2001 | Strisower | 705/14 |
| 2003/0003929 | A1 * | 1/2003 | Himmel et al. | 455/466 |
| 2004/0224693 | A1 * | 11/2004 | O'Neil et al. | 455/445 |
| 2006/0094409 | A1 * | 5/2006 | Inselberg | 455/414.1 |

OTHER PUBLICATIONS

"SMS in Marketing:: Clickatell Bulk SMS Gateway", http://www.clickatell.com/brochure/sms_industry/marketing.php, Dec. 7, 2004, 1 page.
"SMS Marketing UK Text Message Groups", http://www.txtlocal.com, http://www.txtlocal.com/how.php, http://www.txtlocal.com/cases.php, (2002), 3 pages.
"Fast SMS News and Press Releases", http://www.fastsms.co.uk/info-support/news/fs-items/house-hunters.html, May 6, 2004, 2 pages.
"Mobilito Wireless SMS", http://www.mobilito.ca/en/wireless/coupt.html, at least as early as Feb. 6, 2006, 1 page.
Goldman, Michael H., USPTO Office Communication dated Dec. 16, 2009 in relation to U.S. Appl. No. 11/563,094, filed Nov. 24, 2006 (11 pages).

* cited by examiner

*Primary Examiner*—Nick Corsaro
*Assistant Examiner*—Amanuel Lebassi

(57) **ABSTRACT**

A server implements a marketing method. The server may receive a wireless call or message originating at a given facility and return a menu of choices particular to that facility. On receiving a choice selected from said menu, the server may return one or more messages with information particular to a part of said given facility. The information may be a marketing incentive, marketing information, or a promotion.

**19 Claims, 1 Drawing Sheet**





Case 3:13-cv-00291-wmc Document #: 15-2 Filed: 04/30/11 Page 7 of 20



FIG. 1

US 7,805,130 B2

1

# MARKETING METHOD

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims the benefit of three prior provisional applications: 1) application Ser. No. 60/739,431, filed Nov. 25, 2005; 2) application Ser. No. 60/749,617, filed Dec. 13, 2005; and 3) application Ser. No. 60/776,731, filed Feb. 27, 2006, the contents of all three provisional applications are hereby incorporated herein by reference.

## BACKGROUND

This invention relates to a marketing approach.

Retailers are always looking for new ways to attract customers to their establishment. Traditional methods are becoming less effective as the consumer is becoming increasingly stressed for time, is less tolerant of crowds, and has more demands placed on his or her free time. The mall environment places additional stress on a retailer to differentiate itself amongst the numerous retailers offering similar products and deals.

Accordingly, there is a need for a new method of advertising.

## SUMMARY OF INVENTION

A server implements a marketing method. The server may receive a wireless call or message originating at a given facility and return a menu of choices particular to that facility. On receiving a choice selected from said menu, the server may return one or more messages with information particular to a part of said given facility. The information may be a marketing incentive, marketing information, or a promotion.

According to the invention, there is provided a marketing method comprising, at a server: receiving a wireless call or message originating at a given facility; returning a menu of choices particular to that facility; on receiving a choice selected from said menu, returning one or more messages with information particular to a part of said given facility.

According to another aspect of the invention, there is provided a marketing method comprising, at a server: receiving an indication of a cell phone being geographically in a given facility; returning to said cell phone a menu of choices particular to that facility; on receiving a choice selected from said menu, returning a message with information particular to a part of said given facility.

According to a further aspect of the invention, there is provided a computer readable medium containing computer executable instructions which, when executed by a processor of a server cause said server to: on receiving a wireless call or message originating at a given facility, returning a menu of choices particular to that facility; on receiving a choice selected from said menu, returning one or more messages with information particular to a part of said given facility.

Other features and advantages of the invention will become apparent from the following description in conjunction with the drawing.

## IN THE DRAWING

FIG. 1 is a schematic diagram of a system configured in accordance with an embodiment of the invention.

## DETAILED DESCRIPTION

A consumer shopping mall or other facility may advertise (e.g., through signage) a wireless access number for use in

2

obtaining sales, promotions, information, etc. pertinent to the facility. The access number may be, for example, a short code, such as USHOP (derived from the letters associated with the numbers 87467 on a cell phone keypad) or a star number, such as *49. The number may be specific to the facility of the facility. Alternatively, the number may be common to an area (e.g., across an entire country) if the location of a cell phone calling the number may be determined. This is possible if the cell phone has a GPS locator, or if a cell sector is established for the facility of each facility such that one cell sector provides geographical coverage to the facility of one facility. In the latter instance, a call from the geographic location of the facility results in the call being handled by the cell sector established for that facility and the transmission from the cell phone is augmented by a sector identifier. This sector identifier can be used to identify the facility at the receiving end.

If a user of a wireless phone dials the access number (e.g., short code or * number), the call is directed to a promotions server which returns a menu of choices. Where the facility is a mall, these choices may, for example, represent different retail verticals (i.e., different types of stores in the mall) and/or different specific stores. The menu may be dynamic. A number may be associated with each menu choice. If the user chooses one of these menu choices, the call is again directed to the promotions server and the server returns one or more messages from given stores in the mall. For example, if a menu choice were "Men's Wear", a message may be returned from each participating Men's Wear store in the mall providing their latest offerings, sales, and/or promotions to entice the user into their store. The message may be an oral message, a video message or in some other form, but is preferably a text-based message, such as an SMS message.

Participating stores may send the content of these messages to the promotion server so that they will be included in messages sent to a user requesting promotions for that type of store in the mall. New promotional messages may be sent by the promotional server only for a configurable period of time. The length of this time may be selected by the store requesting the promotional message, or may be pre-set. Thus, these messages can be repeated, updated, changed, or removed in a time sensitive manner. Depending upon the agreed upon program, the retailer may be able to modify their message and its delivery as granularly as each half hour. A fee may be charged back to the store for the privilege of having these messages carried by the promotional server.

A message could include, for example, a promotional code which allows for a discount (and may be time-sensitive) and an indicator of the location of the store in the mall.

After a menu selection is made by a user and a set of one or more messages is returned, for a configurable period of time any new messages received by the promotions server related to the menu choice may be pushed to the user.

The value to the shopper is tremendous: it is a sales aid reminding them of specific sales programs now underway, alerting them to promotions that may not be advertised outside the mall, it conveys time sensitive information, such as 'Happy Hour' Specials in restaurants and bars.

The value to the retailer is even greater as the merchant now has the ability to more actively, in real time, drive extremely qualified traffic to their store. The shopper is in the mall; at that moment and wants to see what you have to offer (this is a permission based solution, so they have asked to receive your information).

FIG. 1 is a schematic of the system for providing poll-based marketing. Turning to FIG. 1, facility 10 is shown to fall within a cell sector 12. The sector transceiver 11 wirelessly communicates with a base station 14. The base station is

3

connected to a promotions server **20** through a public switched telephone network (PSTN) **22**. After a user notes a call-in wireless access number associated with the facility, the user may use a cell phone **30** to originate a call to the access number which is terminated at promotions server **20**. On receiving the call, which will include an indication of the originating cell sector **12**, the promotions server may return a menu of choices related to the facility with the cell sector. Where the facility is a mall, the choices are dependent on the mall type and the types of the stores in the mall. A typical menu could be as follows:

1 Men's Wear & Activities
2 Women's Wear & Activities
3 Children's Wear & Activities
4 Teen's Wear & Activities
5 Restaurants
6 Home & Garden
7 The XYZ Department Store

On the user making a selection through cell phone **20** from the menu, the promotions server may return appropriate messages. For example, where the user selects a retail vertical (i.e., one of selections 1 to 6), messages from stores of the selected type are returned. And where a specific store is available for selection and is selected, either one or more messages from the store may be returned or a sub-menu may be served up, listing as selections different departments in the store. Selection of a department would then result in a message from that department of the store. As aforedescribed, in another embodiment, the promotions server does not identify the facility based on the cell sector, but instead on the particular wireless access number used to access the promotions server. The server may be configured to operate as described by computer executable instructions stored on computer readable medium **40** which may be, for example, a non-volatile memory, a file downloaded from a remote source, or a computer disk.

There are several different ways to charge, for example:
1. a straight fee per 'transaction' may be charged; thus, where a customer requests "Women's Wear & Activities", all participating retailers are charge a transaction fee;
2. a fee per 'transaction' is charged as above and, in addition, the retailer may be charged a further fee if the shopper 'drills' down into its advertisement;
3. the merchant may pay a monthly fee dependent upon the number of advertisements over a given period (e.g., per day) and, possibly, the required response time to change these advertisements.

In an alternative embodiment, the number advertised by the facility may be a short message service address. By way of explanation, short message service (SMS) is a service available on digital wireless networks based on a number of different standards for mobile communication: Global System for Mobile Communications (GSM); code division multiple access (CDMA); and time division multiple access (TDMA). A general feature of SMS is that a mobile can receive or submit a short message at any time, independently of whether a voice or data call is in progress. (This is achieved in GSM systems by using the SS7 signaling channel to transmit SMS messages.) Since SMS is a description of a service provided by wireless carriers rather than a description of a method of delivery, methods of delivery differ.

An SMS message is typically structured to include a source address, a destination address, instructions to a short messaging service center (SMSC) (where the message is stored for forwarding when the destination is available), instructions to the mobile, and a message body. An SMS message may be addressed with a phone number or with a carrier-specific short code. To allow inter-carrier operation (at least where methods of delivery are compatible between the carriers), SMS brokers negotiate deals with carriers and provide an interface.

4

Thus, in this instance, the consumer may send an SMS message addressed to the advertised number (e.g., short code). The message is passed by the SMSC to the promotions server which responds with a menu of choices. In this regard, the portion of an SMS message which includes instructions to the mobile can be used to create the menu of options such that, when a user selects an option, an SMS reply message is sent incorporating the chosen message option, or with a destination address which is dependent upon the chosen menu option. Accordingly, on receiving a reply message, the promotions server may respond with a message providing promotions pertinent to the selected menu choice.

In another embodiment, rather than requiring that a cell phone user dial a number or send an SMS message to receive a menu of choices, the menu of choices may be pushed to the user's cell phone whenever the cell phone is detected to be in the facility of the facility (e.g., a shopping mall). Thus, the menu may be pushed to the cell phone when the cell phone is brought into the facility, provided the cell phone is on. Where a cell sector has been established for the facility, the push may be triggered by the cell phone registering with the sector. More specifically, the sector base station transceiver of the cell sector established for the facility may be configured so that when a cell phone registers with it, the transceiver calls, or sends a message to, the promotions server with the cell phone number of the registering cell phone. The promotions server is thereby prompted to send a message to the registering cell phone and deliver the menu of choices. The cell phone will annunciate the incoming message in the manner in which it annunciates any other incoming message so that the cell phone user may become aware of the incoming message. Operation then proceeds as aforedescribed, with the user receiving further information if he/she selects one of the menu choices (by dialing the phone number associated with the menu choice or sending an SMS message associated with a menu choice, as the case may be).

Other modifications will be apparent to those skilled in the art and, therefore, the invention is defined in the claims.

What is claimed is:
1. A marketing method comprising:
at a server system:
  receiving from a mobile wireless communications device a wireless call or message;
  determining that said mobile wireless communications device is located at a given shopping facility;
  correlating a menu of choices specific to said given shopping facility with said given shopping facility;
  responsive to said receiving, returning to said wireless communications device information to provision said wireless communications device with said menu of choices;
  subsequent to said returning said information, on receiving from said wireless communications device a choice selected from said menu, returning to said wireless communications device one or more text-based marketing messages, at least one of said text-based marketing messages comprising a marketing incentive particular to a store in said given shopping facility.

2. The method of claim **1** wherein said marketing incentive comprises a promotional code.

3. The method of claim 1 wherein said receiving from a wireless device a wireless call or message comprises receiving said call or message with an associated geographic indication.

4. The method of claim 3 wherein said geographic indication is a GPS location indicator.

5. The method of claim 3 wherein said geographic indication is a cell sector identifier.

6. The method of claim 1 further comprising, subsequent to said returning said one or more text-based marketing messages to said wireless device, receiving updated message content for at least one of said one or more text-based marketing messages.

7. The method of claim 6 further comprising storing at least one updated text-based marketing message based on said message content.

8. The method of claim 7 wherein said updated text-based marketing message replaces one of said one or more text-based marketing messages.

9. The method of claim 6 further comprising returning to said wireless device said at least one updated text-based marketing message.

10. The method of claim 6 further comprising returning to said wireless device said at least one updated text-based marketing message if a time between said receiving a choice selected from said menu and said receiving updated text-based marketing message content is less than a pre-determined time.

11. The method of claim 1 wherein said receiving a wireless call or message comprises receiving a short messaging service message.

12. The method of claim 1 wherein said receiving a wireless call or message comprises receiving a wireless cellular telephone call.

13. The method of claim 12 wherein said wireless cellular telephone call is made to a destination number terminated at said server system and wherein said server system terminates a plurality of destination numbers and wherein said determining that said mobile wireless communications device is located at a given shopping facility comprises identifying said shopping facility by said destination number.

14. The method of claim 1 wherein, said returning to said wireless communications device information to provision said wireless communications device with a menu of choices is further returning information to provision said wireless communications device with a further menu of choices and prior to said further returning, first returning to said wireless device information to provision said wireless communications device with a first menu of choices comprising a list of retail verticals and wherein said further returning is responsive to receiving a choice selected from said first menu.

15. The method of claim 1 wherein said promotional code is time limited.

16. The method of claim 1 wherein said at least one of said messages further comprises an indicator of a location of said store in said shopping facility.

17. The method of claim 1 wherein said menu is a further menu and said choice is a further choice and wherein said returning returns information to provision said wireless communications device with a first menu and, upon selection of a first choice from said first menu, with said further menu.

18. The method of claim 17 wherein said first menu comprises a menu of retail verticals, each retail vertical associated with stores of one type and further comprising arranging a transaction charge to all stores associated with said first choice and arranging a further transaction charge to said store.

19. A computer readable medium containing computer executable instructions which, when executed by a processor of a server cause said server to:
  on receiving a wireless call or message from a mobile wireless communications device, determining that said mobile wireless communications device is located at a given shopping facility, correlating a menu of choices specific to said given shopping facility with said given shopping facility and returning to said wireless communications device information to provision said wireless communications device with said menu of choices;
  subsequent to returning said information, on receiving from said wireless communications de vice a choice selected from said menu, return to said wireless communications device one or more text-based marketing messages, at least one of said messages comprising a marketing incentive particular to a store in said given shopping facility.

\* \* \* \* \*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                                      _____
                                                                *Server's signature*

                                                      _____
                                                                *Printed name and title*

                                                      _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT | |
|---|---|---|---|
| PLAINTIFF | | DEFENDANT | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

US007805130B2

## (12) United States Patent
### Edwards et al.

(10) Patent No.: **US 7,805,130 B2**
(45) Date of Patent: **Sep. 28, 2010**

(54) **MARKETING METHOD**

(76) Inventors: **Paul Edwards**, 62 Parkhurst Blvd., Toronto, Ontario (CA) M4G 2E2; **Ian Gregory Smith**, 33 Harbour Sq., Suite 2604, Toronto, Ontario (CA) M5J 2G2

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 992 days.

(21) Appl. No.: **11/419,854**

(22) Filed: **May 23, 2006**

(65) **Prior Publication Data**
US 2007/0123225 A1    May 31, 2007

### Related U.S. Application Data

(60) Provisional application No. 60/739,431, filed on Nov. 25, 2005, provisional application No. 60/749,617, filed on Dec. 13, 2005, provisional application No. 60/776,731, filed on Feb. 27, 2006.

(51) Int. Cl.
*H04M 3/42* (2006.01)
(52) U.S. Cl. .............. **455/414.1**; 455/456.1; 455/456.2; 455/456.3
(58) Field of Classification Search .............. 455/414.1, 455/456.1, 456.2, 456.3; 705/14
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| 6,505,046 | B1* | 1/2003 | Baker ...................... 455/456.3 |
| 7,343,317 | B2 | 3/2008 | Jokinen et al. |
| 7,441,203 | B2 | 10/2008 | Othmer et al. |
| 7,603,360 | B2 | 10/2009 | Ramer et al. |
| 2001/0029465 | A1* | 10/2001 | Strisower .................. 705/14 |
| 2003/0003929 | A1* | 1/2003 | Himmel et al. ............. 455/466 |
| 2004/0224693 | A1* | 11/2004 | O'Neil et al. .............. 455/445 |
| 2006/0094409 | A1* | 5/2006 | Inselberg ................. 455/414.1 |

#### OTHER PUBLICATIONS

"SMS in Marketing:: Clickatell Bulk SMS Gateway", http://www.clickatell.com/brochure/sms_industry/marketing.php, Dec. 7, 2004, 1 page.
"SMS Marketing UK Text Message Groups", http://www.txtlocal.com, http://www.txtlocal.com/how.php, http://www.txtlocal.com/cases.php, (2002), 3 pages.
"Fast SMS News and Press Releases", http://www.fastsms.co.uk/info-support/news/fs-items/house-hunters.html, May 6, 2004, 2 pages.
"Mobilito Wireless SMS", http://www.mobilito.ca/en/wireless/coupt.html, at least as early as Feb. 6, 2006, 1 page.
Goldman, Michael H., USPTO Office Communication dated Dec. 16, 2009 in relation to U.S. Appl. No. 11/563,094, filed Nov. 24, 2006 (11 pages).

* cited by examiner

*Primary Examiner*—Nick Corsaro
*Assistant Examiner*—Amanuel Lebassi

(57) **ABSTRACT**

A server implements a marketing method. The server may receive a wireless call or message originating at a given facility and return a menu of choices particular to that facility. On receiving a choice selected from said menu, the server may return one or more messages with information particular to a part of said given facility. The information may be a marketing incentive, marketing information, or a promotion.

**19 Claims, 1 Drawing Sheet**





EXHIBIT 1

Case 3:11-cv-00292-wmc Document #: 15-2 Filed: 06/30/11 Page 27 of 520



FIG. 1

# MARKETING METHOD

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims the benefit of three prior provisional applications: 1) application Ser. No. 60/739,431, filed Nov. 25, 2005; 2) application Ser. No. 60/749,617, filed Dec. 13, 2005; and 3) application Ser. No. 60/776,731, filed Feb. 27, 2006, the contents of all three provisional applications are hereby incorporated herein by reference.

## BACKGROUND

This invention relates to a marketing approach.

Retailers are always looking for new ways to attract customers to their establishment. Traditional methods are becoming less effective as the consumer is becoming increasingly stressed for time, is less tolerant of crowds, and has more demands placed on his or her free time. The mall environment places additional stress on a retailer to differentiate itself amongst the numerous retailers offering similar products and deals.

Accordingly, there is a need for a new method of advertising.

## SUMMARY OF INVENTION

A server implements a marketing method. The server may receive a wireless call or message originating at a given facility and return a menu of choices particular to that facility. On receiving a choice selected from said menu, the server may return one or more messages with information particular to a part of said given facility. The information may be a marketing incentive, marketing information, or a promotion.

According to the invention, there is provided a marketing method comprising, at a server: receiving a wireless call or message originating at a given facility; returning a menu of choices particular to that facility; on receiving a choice selected from said menu, returning one or more messages with information particular to a part of said given facility.

According to another aspect of the invention, there is provided a marketing method comprising, at a server: receiving an indication of a cell phone being geographically in a given facility; returning to said cell phone a menu of choices particular to that facility; on receiving a choice selected from said menu, returning a message with information particular to a part of said given facility.

According to a further aspect of the invention, there is provided a computer readable medium containing computer executable instructions which, when executed by a processor of a server cause said server to: on receiving a wireless call or message originating at a given facility, returning a menu of choices particular to that facility; on receiving a choice selected from said menu, returning one or more messages with information particular to a part of said given facility.

Other features and advantages of the invention will become apparent from the following description in conjunction with the drawing.

## IN THE DRAWING

FIG. 1 is a schematic diagram of a system configured in accordance with an embodiment of the invention.

## DETAILED DESCRIPTION

A consumer shopping mall or other facility may advertise (e.g., through signage) a wireless access number for use in obtaining sales, promotions, information, etc. pertinent to the facility. The access number may be, for example, a short code, such as USHOP (derived from the letters associated with the numbers 87467 on a cell phone keypad) or a star number, such as *49. The number may be specific to the facility of the facility. Alternatively, the number may be common to an area (e.g., across an entire country) if the location of a cell phone calling the number may be determined. This is possible if the cell phone has a GPS locator, or if a cell sector is established for the facility of each facility such that one cell sector provides geographical coverage to the facility of one facility. In the latter instance, a call from the geographic location of the facility results in the call being handled by the cell sector established for that facility and the transmission from the cell phone is augmented by a sector identifier. This sector identifier can be used to identify the facility at the receiving end.

If a user of a wireless phone dials the access number (e.g., short code or * number), the call is directed to a promotions server which returns a menu of choices. Where the facility is a mall, these choices may, for example, represent different retail verticals (i.e., different types of stores in the mall) and/or different specific stores. The menu may be dynamic. A number may be associated with each menu choice. If the user chooses one of these menu choices, the call is again directed to the promotions server and the server returns one or more messages from given stores in the mall. For example, if a menu choice were "Men's Wear", a message may be returned from each participating Men's Wear store in the mall providing their latest offerings, sales, and/or promotions to entice the user into their store. The message may be an oral message, a video message or in some other form, but is preferably a text-based message, such as an SMS message.

Participating stores may send the content of these messages to the promotion server so that they will be included in messages sent to a user requesting promotions for that type of store in the mall. New promotional messages may be sent by the promotional server only for a configurable period of time. The length of this time may be selected by the store requesting the promotional message, or may be pre-set. Thus, these messages can be repeated, updated, changed, or removed in a time sensitive manner. Depending upon the agreed upon program, the retailer may be able to modify their message and its delivery as granularly as each half hour. A fee may be charged back to the store for the privilege of having these messages carried by the promotional server.

A message could include, for example, a promotional code which allows for a discount (and may be time-sensitive) and an indicator of the location of the store in the mall.

After a menu selection is made by a user and a set of one or more messages is returned, for a configurable period of time any new messages received by the promotions server related to the menu choice may be pushed to the user.

The value to the shopper is tremendous: it is a sales aid reminding them of specific sales programs now underway, alerting them to promotions that may not be advertised outside the mall, it conveys time sensitive information, such as 'Happy Hour' Specials in restaurants and bars.

The value to the retailer is even greater as the merchant now has the ability to more actively, in real time, drive extremely qualified traffic to their store. The shopper is in the mall; at that moment and wants to see what you have to offer (this is a permission based solution, so they have asked to receive your information).

FIG. 1 is a schematic of the system for providing poll-based marketing. Turning to FIG. 1, facility 10 is shown to fall within a cell sector 12. The sector transceiver 11 wirelessly communicates with a base station 14. The base station is

US 7,805,130 B2

3

connected to a promotions server **20** through a public switched telephone network (PSTN) **22**. After a user notes a call-in wireless access number associated with the facility, the user may use a cell phone **30** to originate a call to the access number which is terminated at promotions server **20**. On receiving the call, which will include an indication of the originating cell sector **12**, the promotions server may return a menu of choices related to the facility with the cell sector. Where the facility is a mall, the choices are dependent on the mall type and the types of the stores in the mall. A typical menu could be as follows:

1 Men's Wear & Activities
2 Women's Wear & Activities
3 Children's Wear & Activities
4 Teen's Wear & Activities
5 Restaurants
6 Home & Garden
7 The XYZ Department Store

On the user making a selection through cell phone **20** from the menu, the promotions server may return appropriate messages. For example, where the user selects a retail vertical (i.e., one of selections 1 to 6), messages from stores of the selected type are returned. And where a specific store is available for selection and is selected, either one or more messages from the store may be returned or a sub-menu may be served up, listing as selections different departments in the store. Selection of a department would then result in a message from that department of the store. As aforedescribed, in another embodiment, the promotions server does not identify the facility based on the cell sector, but instead on the particular wireless access number used to access the promotions server. The server may be configured to operate as described by computer executable instructions stored on computer readable medium **40** which may be, for example, a non-volatile memory, a file downloaded from a remote source, or a computer disk.

There are several different ways to charge, for example:

1. a straight fee per 'transaction' may be charged; thus, where a customer requests "Women's Wear & Activities", all participating retailers are charge a transaction fee;
2. a fee per 'transaction' is charged as above and, in addition, the retailer may be charged a further fee if the shopper 'drills' down into its advertisement;
3. the merchant may pay a monthly fee dependent upon the number of advertisements over a given period (e.g., per day) and, possibly, the required response time to change these advertisements.

In an alternative embodiment, the number advertised by the facility may be a short message service address. By way of explanation, short message service (SMS) is a service available on digital wireless networks based on a number of different standards for mobile communication: Global System for Mobile Communications (GSM); code division multiple access (CDMA); and time division multiple access (TDMA). A general feature of SMS is that a mobile can receive or submit a short message at any time, independently of whether a voice or data call is in progress. (This is achieved in GSM systems by using the SS7 signaling channel to transmit SMS messages.) Since SMS is a description of a service provided by wireless carriers rather than a description of a method of delivery, methods of delivery differ.

An SMS message is typically structured to include a source address, a destination address, instructions to a short messaging service center (SMSC) (where the message is stored for forwarding when the destination is available), instructions to the mobile, and a message body. An SMS message may be addressed with a phone number or with a carrier-specific short code. To allow inter-carrier operation (at least where methods of delivery are compatible between the carriers), SMS brokers negotiate deals with carriers and provide an interface.

4

Thus, in this instance, the consumer may send an SMS message addressed to the advertised number (e.g., short code). The message is passed by the SMSC to the promotions server which responds with a menu of choices. In this regard, the portion of an SMS message which includes instructions to the mobile can be used to create the menu of options such that, when a user selects an option, an SMS reply message is sent incorporating the chosen message option, or with a destination address which is dependent upon the chosen menu option. Accordingly, on receiving a reply message, the promotions server may respond with a message providing promotions pertinent to the selected menu choice.

In another embodiment, rather than requiring that a cell phone user dial a number or send an SMS message to receive a menu of choices, the menu of choices may be pushed to the user's cell phone whenever the cell phone is detected to be in the facility of the facility (e.g., a shopping mall). Thus, the menu may be pushed to the cell phone when the cell phone is brought into the facility, provided the cell phone is on. Where a cell sector has been established for the facility, the push may be triggered by the cell phone registering with the sector. More specifically, the sector base station transceiver of the cell sector established for the facility may be configured so that when a cell phone registers with it, the transceiver calls, or sends a message to, the promotions server with the cell phone number of the registering cell phone. The promotions server is thereby prompted to send a message to the registering cell phone and deliver the menu of choices. The cell phone will annunciate the incoming message in the manner in which it annunciates any other incoming message so that the cell phone user may become aware of the incoming message. Operation then proceeds as aforedescribed, with the user receiving further information if he/she selects one of the menu choices (by dialing the phone number associated with the menu choice or sending an SMS message associated with a menu choice, as the case may be).

Other modifications will be apparent to those skilled in the art and, therefore, the invention is defined in the claims.

What is claimed is:

1. A marketing method comprising:
   at a server system:
      receiving from a mobile wireless communications device a wireless call or message;
      determining that said mobile wireless communications device is located at a given shopping facility;
      correlating a menu of choices specific to said given shopping facility with said given shopping facility;
      responsive to said receiving, returning to said wireless communications device information to provision said wireless communications device with said menu of choices;
   subsequent to said returning said information, on receiving from said wireless communications device a choice selected from said menu, returning to said wireless communications device one or more text-based marketing messages, at least one of said text-based marketing messages comprising a marketing incentive particular to a store in said given shopping facility.

2. The method of claim **1** wherein said marketing incentive comprises a promotional code.

3. The method of claim **1** wherein said receiving from a wireless device a wireless call or message comprises receiving said call or message with an associated geographic indication.

4. The method of claim **3** wherein said geographic indication is a GPS location indicator.

5. The method of claim **3** wherein said geographic indication is a cell sector identifier.

6. The method of claim **1** further comprising, subsequent to said returning said one or more text-based marketing messages to said wireless device, receiving updated message content for at least one of said one or more text-based marketing messages.

7. The method of claim **6** further comprising storing at least one updated text-based marketing message based on said message content.

8. The method of claim **7** wherein said updated text-based marketing message replaces one of said one or more text-based marketing messages.

9. The method of claim **6** further comprising returning to said wireless device said at least one updated text-based marketing message.

10. The method of claim **6** further comprising returning to said wireless device said at least one updated text-based marketing message if a time between said receiving a choice selected from said menu and said receiving updated text-based marketing message content is less than a pre-determined time.

11. The method of claim **1** wherein said receiving a wireless call or message comprises receiving a short messaging service message.

12. The method of claim **1** wherein said receiving a wireless call or message comprises receiving a wireless cellular telephone call.

13. The method of claim **12** wherein said wireless cellular telephone call is made to a destination number terminated at said server system and wherein said server system terminates a plurality of destination numbers and wherein said determining that said mobile wireless communications device is located at a given shopping facility comprises identifying said shopping facility by said destination number.

14. The method of claim **1** wherein, said returning to said wireless communications device information to provision said wireless communications device with a menu of choices is further returning information to provision said wireless communications device with a further menu of choices and prior to said further returning, first returning to said wireless device information to provision said wireless communications device with a first menu of choices comprising a list of retail verticals and wherein said further returning is responsive to receiving a choice selected from said first menu.

15. The method of claim **1** wherein said promotional code is time limited.

16. The method of claim **1** wherein said at least one of said messages further comprises an indicator of a location of said store in said shopping facility.

17. The method of claim **1** wherein said menu is a further menu and said choice is a further choice and wherein said returning returns information to provision said wireless communications device with a first menu and, upon selection of a first choice from said first menu, with said further menu.

18. The method of claim **17** wherein said first menu comprises a menu of retail verticals, each retail vertical associated with stores of one type and further comprising arranging a transaction charge to all stores associated with said first choice and arranging a further transaction charge to said store.

19. A computer readable medium containing computer executable instructions which, when executed by a processor of a server cause said server to:
   on receiving a wireless call or message from a mobile wireless communications device, determining that said mobile wireless communications device is located at a given shopping facility, correlating a menu of choices specific to said given shopping facility with said given shopping facility and returning to said wireless communications device information to provision said wireless communications device with said menu of choices;
   subsequent to returning said information, on receiving from said wireless communications de vice a choice selected from said menu, return to said wireless communications device one or more text-based marketing messages, at least one of said messages comprising a marketing incentive particular to a store in said given shopping facility.

\* \* \* \* \*