# EXHIBIT D



### NOTICE OF ASSIGNMENT - Patent US 7,805,130

g.smith@northmobiletechllc.com  to: jboyd  04/12/2011 03:58 PM
Cc: "Keith Rabenberg", "Paul Edwards"

| | |
|---|---|
| From: | "g.smith@northmobiletechllc.com" <g.smith@northmobiletechllc.com> |
| To: | jboyd@simon.com |
| Cc: | "Keith Rabenberg" <KRabenberg@senniger.com>, "Paul Edwards" <p.edwards@northmobiletechllc.com> |
| | Please respond to g.smith@northmobiletechllc.com |
| History: | This message has been forwarded. |

```
Please be advised Patent US 7,805,130 held by Paul Edwards and Ian Gregory
Smith has been assigned to NorthMobileTech LLC, 2413 Parmenter Street, Suite
125, Middleton, WI 53562.

Please send all correspondence regarding this Patent to
g.smith@northmobiletechllc.com or p.edwards@northmobiletechllc.com

Regards


Greg Smith
NorthMobileTech LLC
2413 Parmenter Street
Middleton, WI
53562
Mobile: 416-451-0440
```