# EXHIBIT G

Westlaw.

QUERY - (GARY /2 LUKKEN) AND (2413 /1 PARMENTER)    DATABASE(S) - CORP-WI

| Rank | Business Name | Other Name | Type | Status | Jurisdiction |
|---|---|---|---|---|---|
| 1. | ACCURATE CONSTRUCTION INC | | CORPORATION | ADMINISTRATIVELY DISSOLVED | WI |
| 2. | AMY OF MIDDLETON INC | | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 3. | AUSTIN SHOWERS LLC | | DOMESTIC LIMITED LIABILITY CO | ORGANIZED | WI |
| 4. | B & M HEATING INC | | CORPORATION | INCORPORATED/QUALIFIED | WI |
| 5. | BADGERLAND CERAMICS INC | | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 6. | BIG MIKES F & M CONCRETE INC | | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 7. | BUILT-RITE CONSTRUCTION INC | | CORPORATION | ADMINISTRATIVELY DISSOLVED | WI |
| 8. | CREATIVE LANDSCAPES OF WI LLC | | DOMESTIC LIMITED LIABILITY CO | ORGANIZED | WI |
| 9. | DFZ ENTERPRISES INC | | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 10. | DOMOTT LLC | | DOMESTIC LIMITED LIABILITY CO | ORGANIZED | WI |
| 11. | DRESENS DECKS & PATIOS INC | | CORPORATION | INCORPORATED/QUALIFIED | WI |
| 12. | DRIFTLESS VALLEY RANCH LLC | | DOMESTIC LIMITED LIABILITY CO | ORGANIZED | WI |
| 13. | EZ TILE INC | | CORPORATION | INCORPORATED/QUALIFIED | WI |
| 14. | F H RAEMISCH SONS INC | | CORPORATION | RESTORED TO GOOD STANDING | WI |

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

QUERY - (GARY /2 LUKKEN) AND (2413 /1 PARMENTER)   DATABASE(S) - CORP-WI

| | | | | |
|---|---|---|---|---|
| 15. | H&K CONTRACTING INC | CORPORATION | INCORPORATED/QUALIFIED | WI |
| 16. | HIGHLAND VIEW CONSTRUCTION INC | CORPORATION | INCORPORATED/QUALIFIED | WI |
| 17. | HODY BAR & GRILL INC | CORPORATION | INCORPORATED/QUALIFIED | WI |
| 18. | ITZA CORP | CORPORATION | INCORPORATED/QUALIFIED | WI |
| 19. | JSJ LLC | DOMESTIC LIMITED LIABILITY CO | ORGANIZED | WI |
| 20. | K & K KALSCHEUR MFG INC | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 21. | LIVING LANDSCAPES LLC | DOMESTIC LIMITED LIABILITY CO | ORGANIZED | WI |
| 22. | MCGUIRE ENGINEERING & CONSTRUCTION LLC | DOMESTIC LIMITED LIABILITY CO | RESTORED TO GOOD STANDING | WI |
| 23. | MCGUIRE FARMS INC | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 24. | MCGUIRE INC | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 25. | NIESEN & SON LANDSCAPING INC | CORPORATION | INCORPORATED/QUALIFIED | WI |
| 26. | NIESEN & SONS BUILDERS INC | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 27. | NIESEN HOME FARM LLC | DOMESTIC LIMITED LIABILITY CO | ORGANIZED | WI |
| 28. | NORTHMOBILE-TECH LLC | DOMESTIC LIMITED LIABILITY CO | ORGANIZED | WI |
| 29. | SANDBURR PARTNERSHIP LLP | DOMESTIC LTD LIABILITY PTRSHIP | FOREIGN REGISTERED | WI |
| 30. | SENDERO INC | CORPORATION | INCORPORATED/QUALIFIED | WI |

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

QUERY - (GARY /2 LUKKEN) AND (2413 /1 PARMENTER)   DATABASE(S) - CORP-WI

| # | Name | Type | Status | State |
|---|---|---|---|---|
| 31. | SHOWER MASTERS LLC | DOMESTIC LIMITED LIABILITY CO | RESTORED TO GOOD STANDING | WI |
| 32. | SPEEDKEY PERFORMANCE LLC | DOMESTIC LIMITED LIABILITY CO | RESTORED TO GOOD STANDING | WI |
| 33. | SWIGGUM CONCRETE INC | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 34. | THE RED MOUSE LLC | DOMESTIC LIMITED LIABILITY CO | RESTORED TO GOOD STANDING | WI |
| 35. | WALKING IRON DEPOT INCORPORATED | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 36. | WESTPORT SAND & GRAVEL CO INC | CORPORATION | RESTORED TO GOOD STANDING | WI |
| 37. | WHITE ANESTHESIA SERVICES INC | CORPORATION | INCORPORATED/QUALIFIED | WI |

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.